EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Carisa López Galib | 2012 TSPR 9<br><br>184 DPR ____ |

Número del Caso: TS-12,782

Fecha: 13 de enero de 2012

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Carisa López Galib

TS-12,782

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de enero de 2012.

Examinada la Moción solicitando dejar sin efecto la baja voluntaria y notificando cambio de dirección, se declara ha lugar. En consecuencia, se reinstala al ejercicio de la abogacía a la Lcda. Carisa López Galib.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y la Jueza Asociada señora Fiol Matta no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo